222

BEFORE THE SECOND DIVISION, DECEMBER 7, 1949

No. 53785.—B. Altman & Co., Ltd.; et al. *v.* United States, protests 534042–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

No. 53786.—R. H. Macy & Co., Inc. *v.* United States, protests 521626–G, etc. (New York).

Opinion by RAO, J.   By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

No. 53787.—R. H. Macy & Co., Inc. *v.* United States, protests 976026–G, etc. (New York).

Opinion by RAO, J.   By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 7, 1949

No. 53788.—B. Altman & Co. et al. *v.* United States, protests 90052–K, etc. (New York).

Opinion by EKWALL, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling) as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.   The protests were sustained to this extent.

No. 53789.—Kraus Bros. & Co., Inc. *v.* United States, protests 72540–K, etc. (New York).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

No. 53790.—Franam Corp. et al. *v.* United States, protests 135666–K, etc. (New York).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.